IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BETH ANN MEEKISON | : | |
| Plaintiff, | : | Case No. 2:9-cv-00113 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| REGINALD WILKINSON, et al., | : | MAGISTRATE JUDGE MARK R. ABEL |
| Defendants. | : | |

### ORDER

This matter is before the Court on the Ohio Department of Rehabilitation & Corrections's ("ODRC") Motion for Summary Judgment.  Plaintiff Beth Ann Meekison sued ORDC alleging violations of her rights under the anti-retaliation provision of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12203(a) and (b); sex discrimination in violation of 42 U.S.C. §2000e-2; and violations of the accommodation provisions of the ADA, 42 U.S.C. §12112.  ORDC moved for summary judgment on all claims.

The Court granted Meekison leave on February 9, 2011 to file an Amended Complaint. The Amended Complaint removed ODRC as a Defendant and added three new Defendants: Reginald Wilkinson, Director of ODRC; Terry Collins, Director of ODRC; and Timothy Brunsman, Warden of ODRC.  ODRC is no longer a Defendant in this action.  Thus, its motion for summary judgment is **MOOT**.

    IT IS SO ORDERED.

                                      s/Algenon L. Marbley
                                      **ALGENON L. MARBLEY**
                                      **UNITED STATES DISTRICT COURT**

**Dated: May 31, 2011**